# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                          Case No. 3:12-CR-91
                                                District Judge Thomas M. Rose

**RONNIE BROWN,**

          **Defendant.**

---

## ORDER GRANTING JOINT ORAL MOTION TO CONTINUE

---

      Upon Counsels' Joint Oral Motion to Continue made in open Court on September 19, 2012, the Court finds that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendant's to a speedy trial.

      IT IS HEREBY ORDERED that the Joint Oral Motion to Continue is **GRANTED**. The Final Pretrial Conference has been reset for **Friday, October 12, 2012 at 1:30 p.m.** The Jury Trial for this matter has been reset for **Monday, October 29, 2012 at 9:00 a.m.** The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

      IT IS SO ORDERED.

Date: September 20, 2012

s/ Thomas M. Rose
_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT