# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff(s), :

  vs.                                 Case No. 3:12-CR-091

RONNIE D. BROWN                 District Judge Thomas M. Rose

      Defendant(s). :

---

## ORDER REVOKING BOND
---

      For the reasons stated on the record in open court on March 8, 2013, the Defendant's bond is Revoked.

      IT IS HEREBY ORDERED that the bond of the Defendant Ronnie D. Brown is REVOKED and he is remanded to the custody of the United States Marshal.


MARCH 8, 2013                           *s/Thomas M. Rose*
                                          THOMAS M. ROSE, JUDGE
                                          UNITED STATES DISTRICT COURT